Case 12-34248   Doc 9   Filed 09/14/12   Entered 09/18/12 11:53:57   Desc Main
Document    Page 1 of 2

12-34248:4.0:Application to Proceed In Forma Pauperis:Main Document Entered: 8/29/2012 3:21:43 PM by:Amilany Jauregui Page 4 of 4

B3B (Official Form 3B) (11/11) — Cont.

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re **Jesse Colone**    Case No. **12 B 34248**

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED. *because schedules not filed.*

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ **206** on or before **9-28-12**

$ **100** on or before **10-12-12**

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.**

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____ (address of courthouse)

**IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.**

DATE: **SEP 14 2012**

BY THE COURT: *Jacqueline P. Cox*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                              )
                                    )
Jesse Colone,                       )    Bankruptcy No. 12 B 34248
        Debtor.                     )

## CERTIFICATE OF MAILING

I, <u>Althea Askew</u>, hereby certify that on <u>September 14, 2012</u>, I caused to be served via First Class Mail copies of the attached <u>Order On Debtor's Application For Waiver Of The Chapter 7 Filing Fee</u> to the parties named below.

**Jesse Colone**
4409 W. Thomas
Chicago, IL 60651

**David P Leibowitz, ESQ**
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

By: _____
    Courtroom Deputy